UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: William F. Brooks                      CASE NO.: 15-10307

DEBTOR                                                      CHAPTER 13 CASE

## MOTION BY TRUSTEE TO DEPOSIT
## FUNDS INTO THE TREASURY

     NOW COMES Annette C. Crawford, Trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $1259.80 representing surplus funds belonging to the above mentioned debtor. The Trustee attempted to send the funds to the debtor; however, the check was not negotiated in 60 days.

Dated: December 16, 2016

                                                             /s/ Annette C. Crawford
                                                             Annette C. Crawford
                                                             Chapter 13 Standing Trustee
                                                             8778 Goodwood Blvd.
                                                             Baton Rouge, LA 70806
                                                             (225) 928-2531